UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    v.

JOHN WAYNE ZIDAR, et al.,

        Defendants.

CASE NO. C00-823C

ORDER

      By letter dated February 28, 2005 (Dkt. No. 360), Claimant Tina Marie Ricci requests the return of all original documents filed with the Court in support of her claim. The Court advises Claimant that since this Court switched to the electronic filing system, it has been this Court's policy not to retain parties' paper filings. This policy is set forth in a link entitled "Amended Electronic Filing Procedures" on the Court's website: www.wawd.uscourts.gov. This policy was updated in April 2004 and provides in pertinent part: "A party filing in paper form who wishes to have an original pleading returned after scanning and uploading to ECF may, at the time of submitting the document to the court, make arrangements with the Clerk's Office for the return of the original pleading." United States District Court Western District of Washington, "Electronic Filing Procedures for Civil and Criminal Cases" at 2.

      The Court, therefore, cannot honor Claimant's request that it return the original documents she

MINUTE ORDER – 1

filed because the Clerk's Office no longer has the documents in its possession. The Court, however, hereby DIRECTS the Clerk's Office to provide Claimant with a certified copy of the documents from the electronic docketing system.

Any further questions about this matter should be directed to the Clerk's Office.

SO ORDERED this  13th  day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

MINUTE ORDER – 2