UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

  v.

JOHN WAYNE ZIDAR, et al.,

          Defendants.

CASE NO. C00-823C

ORDER

This matter comes before the Court on Receiver's Motion for Fees (Dkt. No. 377). The Receiver seeks an order granting authorization to receive payment of $62,275.50 from the Receivership Assets for fees accrued from February 19, 2005, through April 14, 2005. Having considered the Receiver's Motion for Fees and the Declaration of Receiver Michael D. McKay in Support of Motion for Fees, the Court hereby orders:

1.     The Receivership is hereby authorized to receive payment from the Receivership Assets in the amount of $62,275.50.

//

//

//

ORDER – 1


SO ORDERED this __17th__ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2