UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

JOHN WAYNE ZIDAR, et al.,

    Defendant.

CASE NO. C00-823C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Claimants William and Evleen Robson's Motion for Reconsideration (Dkt. No. 379). The Court hereby DIRECTS the Receiver, Michael D. McKay, to submit a response to Claimants' Motion by Wednesday, June 1, 2005. Claimants' reply, if any, shall be due by Tuesday, June 7, 2005. Claimants should notify the Court if they do not wish to file a reply.

//

//

//

//

MINUTE ORDER – 1

1    DATED this 20th day of May, 2005.

2                                       BRUCE RIFKIN, Clerk of Court

3

4                                       By    /s/ L. Simle
                                                Deputy Clerk
5

26   MINUTE ORDER – 2