UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN WAYNE ZIDAR, et al.,

    Defendants.

CASE NO. C00-823C

ORDER

    This matter comes before the Court on the Receiver's Motion to Correct Claim Filed by James E. Harris and Incorporate Harris' Claim into the Pro Rata Distribution (Dkt. No. 396). The Court has carefully considered the papers submitted by the Receiver and hereby finds and rules as follows:

    The Receiver seeks an order directing him to incorporate James E. Harris' claim into the April 14, 2005 pro rata distribution. The Receiver informs the Court that James E. Harris' records were confused with records related to James M. Harris. As a result, the Receiver mistakenly credited James E. Harris for investment returns that Defendants sent to James M. Harris. Based on this error, the Court denied James E. Harris' claim in its March 15, 2005 Order.

    The Court hereby directs the Receiver to include James E. Harris in the pro rata distribution. The Receiver shall make a payment to Harris based on the Verified Amount of $1,294, and Harris shall

ORDER – 1

1  receive a 41.48 pro rata percentage of his loss.

3      SO ORDERED this   22nd   day of July, 2005.

<br>

                                         /s/ John C. Coughenour
                                  UNITED STATES DISTRICT JUDGE

26  ORDER – 2