UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN WAYNE ZIDAR, et al.,<br><br>　　　　　Defendants. | CASE NO. C00-0823C<br><br>ORDER |

　　　This matter comes before the Court on Receiver's Motion for Fees (Dkt. No. 408). The Receiver seeks an order granting authorization to receive payment of $183.881.00 from the Receivership Assets for fees accrued from April 15, 2005 to September 15, 2005. Having considered the Receiver's Motion for Fees and the Declaration of Receiver Michael D. McKay in Support of Motion for Fees, the Court hereby GRANTS the motion and ORDERS that the Receiver is authorized to receive payment from the Receivership Assets in the amount of $183,881.00.

　　　SO ORDERED this 27th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1