UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN WAYNE ZIDAR, et al.,<br><br>                    Defendants. | CASE NO. C00-0823C<br><br>**ORDER DIRECTING SPECIAL RECEIVER TO CONTINUE INVESTIGATION OF SULLIVAN TRANSACTION, AND APPROVING FEES AND COSTS** |

This matter came on Special Receiver's Motion for Order Directing Further Investigation of Sullivan Transaction and Approving Fees and Costs.

The Special Receiver has reported on the status of its investigation of the Sullivan Transaction, and its efforts to recover assets transferred to Charles W. Sullivan. Based on the pleadings, declarations and records on file, the Court orders as follows:

IT IS ORDERED that the Special Receiver shall continue to investigate the Sullivan Transaction and attempt to recover assets transferred to Mr. Sullivan;

IT IS FURTHER ORDERED that the Special Receiver shall submit a report to the Court regarding the status of its investigation and efforts no later than three months from the date of this order, and shall also report the amount of fees and costs incurred;

ORDER DIRECTING SPECIAL RECEIVER TO CONTINUE INVESTIGATION OF SULLIVAN TRANSACTION AND APPROVING PETITION FOR FEES AND COSTS

**Law Office of Jenny A. Durkan**
411 University St., Ste. 1200
Seattle, Washington 98101
(206) 447-5345   Fax (206) 447-1992

IT IS FURTHER ORDERED that the petition for fees and costs shall be granted, and $8,816.03 shall be paid to the Special Receiver by the Receiver Michael D. McKay out of Receivership assets in his custody.

DATED this 10th day of July, 2006.

_____
United States District Judge

Presented by:

**Law Office of Jenny A. Durkan**

s/ *Jenny A. Durkan*
Jenny A. Durkan, WSBA #15751
Special Receiver
Law Office of Jenny A. Durkan
411 University Street, Suite 1200
Seattle, WA 98101
Phone: (206) 447-5345
Facsimile: (206) 447-1992
E-mail: jdurkan@durkan.us

ORDER DIRECTING SPECIAL RECEIVER TO CONTINUE
INVESTIGATION OF SULLIVAN TRANSACTION AND APPROVING
PETITION FOR FEES AND COSTS

**Law Office of Jenny A. Durkan**
411 University St., Ste. 1200
Seattle, Washington 98101
(206) 447-5345   Fax (206) 447-1992