THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN WAYNE ZIDAR, et al.,<br><br>　　　　　　　　　　Defendants. | No. C00-0823-JCC<br><br>**ORDER DIRECTING THE RECEIVER TO CONTINUE ASSET RECOVERY EFFORTS AND SUBMIT SUPPLEMENTAL REPORT** |

This matter came before the Court on the Receiver's January 5, 2009 Seventh Supplemental Report Regarding Asset Recovery Efforts and Case Status and Motion for Another Status Report ("Motion") (Dkt. No. 530). The Receiver's Motion was filed in response to a July 2, 2008 court order.

As of the date of the Motion, the Receiver reported that the assets managed and controlled by his office ("Receivership Assets") totaled $784,324.05. The Receiver reported that he has a $211,081.12 judgment against an individual in Utah, James Haslem, and that he is evaluating Haslem's assets to determine whether Haslem can satisfy the judgment.

The Receiver estimated that he should be able to wind up his investigation and asset recovery efforts within the next three (3) months. Accordingly, the Receiver petitioned the Court

ORDER DIRECTING RECEIVER TO CONTINUE ASSET RECOVERY
EFFORTS AND SUBMIT SUPPLEMENTAL REPORT - 1

to order the Receiver to file a supplemental status report within three (3) months of the date of this order or when Haslem satisfies his judgment, whichever happens first. At that time, the Receiver intends to advise the Court when he will submit to the Court a supplemental distribution plan.

The Court has considered the Receiver's motion, and the other pleadings and declarations on file.

Based on the pleadings, declarations and records on file, the Court orders as follows:

IT IS ORDERED that the Court approves the Receiver's Motion and the Receiver shall continue to recover assets that are linked to the defendants' fraudulent transactions.

IT IS FURTHER ORDERED that the Receiver shall file a supplemental report regarding the status of this case and asset recovery efforts within three (3) months of the date of this order or when Haslem satisfies his judgment, whichever happens first.

IT IS FURTHER ORDERED that Receiver shall advise the Court regarding the status of a supplemental distribution plan within three (3) months of the date of this order or when Haslem satisfies his judgment, whichever happens first.

DATED this 23rd day of January, 2009.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE